UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 23-cr-75 (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Issac Lamin Jalloh (1), and<br>Sallu Dion Sarjoh (2), | |
| Defendants. | |

This matter comes before the Court on Defendant Issac Lamin Jalloh's Motion for Continuance of Motion Filing Date and Motion Hearing. ECF No. 31. Defendant Jalloh also filed a Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act ("Statement of Facts"). ECF No. 41.

Defendant Jalloh requests a three-week extension of the motions filing date (April 7, 2023) and motions hearing date (May 5, 2023). ECF No. 31 at 1-2. Defendant Jalloh contends that the Government conveyed an initial batch of discovery to the defense on March 24, 2023, and plans to convey additional discovery, "the contents of which may bear on any pretrial motions that might be filed on behalf of [Defendant] Jalloh." *Id*. at 1. Defendant Jalloh requests time to review these additional materials, confer with counsel, and file any pretrial motions. *Id*. The Government has no objection to Defendant Jalloh's request. *Id*. In his Statement of Facts, Defendant Jalloh requests that this period of time be excluded from computation under the Speedy Trial Act. ECF No. 41 at 1; *see also* ECF No. 31 at 1.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant Jalloh in a speedy trial and such continuance is necessary to provide Defendant Jalloh and his counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.  Thus, the Court will grant Defendant Jalloh's request for a three-week extension of the motions filing date and motions hearing date.  Because "[e]xclusions of time attributable to one defendant apply to all codefendants," *United States v. Mallett*, 751 F.3d 907, 911 (8th Cir. 2014) (quotation omitted); *see also United States v. Arrellano-Garcia*, 471 F.3d 897, 900 (8th Cir. 2006), this period of time will be excludable as to all Defendants, including Defendant Sallu Dion Sarjoh.[1]

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Jalloh's Motion for Continuance of Motion Filing Date and Motion Hearing, ECF No. 31, is **GRANTED**.

2. The period of time from **April 6 through May 1, 2023**, shall be excluded from Speedy Trial Act computations in this case.

3. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **May 1, 2023.**  D. Minn. LR 12.1(c)(1).  Two courtesy copies of all motions and responses shall be delivered

---

[1] Defendants Jalloh and Sarjoh's motion filing deadlines and motion hearing dates differed because Defendant Sarjoh's arraignment was held 11 days after Defendant Jalloh's.  ECF Nos. 12, 14, 24, 26.  In light of the Court granting Defendant Jalloh's motion for an extension of his motions filing date and a continuance of his motions hearing date, the Court will also extend Defendant Sarjoh's motions filing date and continue his motions hearing date to correspond with Defendant Jalloh's.  The dates set forth in this Order therefore apply to both Defendants Jalloh and Sarjoh.

directly to the chambers of Magistrate Judge Tony N. Leung.

4. Counsel shall electronically file a letter on or before **May 1, 2023**, if no motions will be filed and there is no need for a hearing.

5. All responses to motions shall be filed by **May 15, 2023**. D. Minn. LR 12.1(c)(2).

6. Any Notice of Intent to Call Witnesses shall be filed by **May 15, 2023**. D. Minn. LR 12.1(c)(3)(A).

7. Any Responsive Notice of Intent to Call Witnesses shall be filed by **May 18, 2023**. D. Minn. LR 12.1(c)(3)(B).

8. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The Government makes timely disclosures and a defendant pleads particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

9. If required and subject to further order of the Court, the motions hearing shall be heard before Magistrate Judge Tony N. Leung on **June 13, 2023,** at **10:00 a.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415. D. Minn. LR 12.1(d).

10. **TRIAL:**

    a. **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT: the following trial and trial-related dates are:**

All voir dire questions and jury instructions and trial related motions (including motions in limine) must be submitted to District Judge Susan Richard Nelson on or before *a date to be determined*.

This case must commence trial on *a date to be determined* before District Judge Nelson in **Courtroom 7B**, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota.

      b.    **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Nelson to confirm the new trial date.**

Dated: April __19__, 2023                      *s/ Tony N. Leung*
                                                         Tony N. Leung
                                                         United States Magistrate Judge
                                                         District of Minnesota

                                                         *United States v. Jalloh et al.*
                                                         Case No. 23-cr-75 (SRN/TNL)